IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE D HARBERT, ANNE KRAJEWSKI-HARBERT,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ROBERT PRIEBE, MARK RUPPENTHAL, ED ZELTZER, TOWN OF MORAGA,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　／ | No. C 06-01145 WHA<br><br>**ORDER GRANTING IN PART STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

The Court **GRANTS** in part the parties' request to continue the case management conference to **JUNE 1, 2006. AT 11:00 A.M.** All initial deadlines are **EXTENDED** accordingly. Please file a joint case management statement by May 25, 2006.

**THERE WILL BE NO FURTHER CONTINUANCES.**

**IT IS SO ORDERED.**

Dated: May 10, 2006.

　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE