IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LEE D HARBERT and ANNE KRAJEWSKI-HARBERT,

    Plaintiffs,

  v.

ROBERT PRIEBE, MARK RUPPENTHAL ED ZELTZER, TOWN OF MORAGA,

    Defendants.

No. C 06-01145 WHA

**SCHEDULING ORDER FOR DISCOVERY MOTION DATED OCTOBER 23, 2006**

    Although not filed in the form and mode set forth in the judge's guidelines, the motion for order compelling discovery dated October 23, 2006, shall be heard, as noticed, on **NOVEMBER 30, 2006, AT 8:00 A.M.**, the matters involving a matter of privilege. All counsel shall proceed as if a formal motion rather than by letter.

    **IT IS SO ORDERED.**

Dated: October 25, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE