**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  LEE D. HARBERT,                          No. C 06 1145 WHA (EDL)
    ANNE KRAJEWSKI-HARBERT,
12                                           **ORDER VACATING HEARING ON**
              Plaintiff,                     **PLAINTIFFS' MOTION TO COMPEL**
13                                           **COMPLIANCE/OBEDIENCE TO**
       v.                                    **SUBPOENAS**
14
    ROBERT PRIEBE, MARK RUPPENTHAL,
15  ED ZELTZER, TOWN OF MORAGA,

16            Defendant.
                                        /
17

18          On October 23, 2006, Plaintiffs filed a Motion to Compel Compliance/Obedience to

19  Subpoenas, Docket No. 20.  The Court finds the matter suitable for decision without oral argument

20  and takes the matter under submission.  The hearing scheduled for December 12, 2006, at 9 a.m. in

21  Courtroom E is hereby VACATED.

22

23          IT IS SO ORDERED.

24  Dated: December 8, 2006

25                                           ELIZABETH D. LAPORTE
                                             United States Magistrate Judge
26

27

28