IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE D. HARBERT, ANNE KRAJEWSKI-HARBERT,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ROBERT PRIEBE, MARK RUPPENTHAL, ED ZELTZER, and TOWN OF MORAGA,<br><br>　　　　Defendants.　　　　　　　　　　　／ | No. C 06-01145 WHA<br><br>**ORDER DENYING PLAINTIFFS' MOTION TO MODIFY SCHEDULING ORDER, TO VACATE ALL DEADLINES AND TO STAY ACTION, AND VACATING HEARING** |

　　　　Plaintiffs appear to have initiated this § 1983 action to seek discovery to use in the husband's defense in a state-court prosecution for a hit-and-run fatality (or, if not, to use this action for some other strategic purpose). At the initial case management conference, the Court offered to stay this case until after the criminal trial was over. Plaintiffs rejected that approach. That was nine months ago. The Court warned counsel long ago that if they rejected a stay at the outset, then they should not ask for a stay later on based on events in the criminal case. Plaintiffs' counsel said that would be fine. Now that the discovery deadline is nearing, plaintiffs wish to reverse field and to stay this action pending completion of the criminal trial. The Court finds that plaintiffs have tried to manipulate the system. This case will not be stayed. At a minimum, good cause to stay the case has not been shown. The case management schedule will remain as set.

If, of course, counsel and the plaintiffs are actually in trial in the criminal case at the time, then our trial will yield.  That seems high unlikely on the record.

Under Rule 16, the motion to amend yet again is **DENIED**.  The Court allowed leave once before to amend the complaint.  Good cause have not been shown to allow another amendment.  The Court does not accept the "mistake" theory of why the amended complaint was filed.  Counsel had a duty to sign and look at whatever he filed.  He must live with the consequences of whatever he signed and filed.

The hearing on March 29 is **VACATED**.

**IT IS SO ORDERED.**

Dated: March 9, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2