**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE D HARBERT, ANNE KRAJEWSKI-HARBERT,<br><br>    Plaintiffs,<br><br>  v.<br><br>ROBERT PRIEBE, et al.<br><br>    Defendant.<br>_____/ | No. C-06-01145 WHA (EDL)<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO SHORTEN TIME ON MOTION TO COMPEL PRODUCTION OF OFFICER ZELTSER'S HOME COMPUTER AND SETTING BRIEFING SCHEDULE** |

Plaintiffs request that the Court hear their Motion to Compel Production of Officer Zeltser's Home Computer (docket no. 85) on shortened time. Defendants do not oppose the request to shorten time.

Despite Plaintiffs' failure to comply with Local Rule 6-3 on requesting shortened time, the Court grants Plaintiffs' request. Defendants shall file an opposition to the Motion to Compel by 5 p.m., April 24, 2007. Plaintiffs shall file a reply brief by 5 p.m., April 26, 2007. The Court will hear the matter on May 1, 2007 at 2 p.m. in Courtroom E.

**IT IS SO ORDERED.**

Dated: April 17, 2007

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge