PETER P. EDRINGTON, Esq. (074355)
MICHAEL P. CLARK, Esq. (110917)
EDRINGTON, SCHIRMER & MURPHY
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA  94523-3936
Telephone:  (925) 827-3300
Facsimile:   (925) 827-3320

Attorneys for Defendants
Town of Moraga, Robert Priebe,
Mark Ruppenthal and Ed Zeltzer

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEE D. HARBERT, ANNE KRAJEWSKI-HARBERT, | ) ) | CASE NO.: C06-1145 WHA |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | **STIPULATION FOR PROTECTIVE ORDER; AND ORDER THEREON** |
| | ) ) ) | |
| ROBERT PRIEBE, MARK RUPPENTHAL, ED ZELTZER, TOWN OF MORAGA, | ) ) ) | |
| Defendants. | ) | |

The parties, by and through their respective attorneys of record, hereby stipulate and agree to the following protective order with respect to income tax documents (with the exception of plaintiffs' two page U.S. Individual Income Tax Return, Form 1040, for the year 2003) and testimony of plaintiffs Lee Harbert and Anne Krajewski-Harbert concerning said documents. Such records are hereinafter referred to as "protected documents."

    1.   Protected documents are to be shown only to defendants' attorneys, support staff, and expert witnesses in the above-captioned litigation;

1

2. Protected documents are not to be copied, except for use by defendants' attorneys, support staff, and expert witnesses in the above-captioned litigation;

3. Protected documents are not to be distributed, except to defendants' attorneys, support staff, and expert witnesses in the above-captioned litigation;

4. Protected documents are not to be filed in court, except under seal, absent a further agreement between the parties, and a party that seeks to file under seal any protected documents must comply with Civil Local Rule 79-5;

5. Protected documents shall be used solely in connection with this litigation, or a related appellate proceeding, and not for any other unauthorized purpose, including, but not limited to, any other litigation, including but not limited to the case of *Singh v. Harbert*, filed in Contra Costa County Superior Court, and including Joseph Appel, Michael Appel and Hinton, Alfert and Sumner;

6. Each person who has been afforded access to protected documents shall not disclose or discuss them with any person except as is necessary to this case;

7. Protected documents, including all copies thereof, are to be destroyed by defendant's attorneys and expert witnesses at the conclusion of this litigation;

8. Any violation of the provisions of this protective order may result in the imposition of sanctions, to be determined by the above-entitled court, including monetary, issue and/or terminating sanctions.

STIPULATION FOR PROTECTIVE ORDER

DATED: April 27, 2007          HERMAN FRANCK, ESQ.

_____
Herman Franck, Esq.
Attorney for Plaintiffs

DATED: April 27, 2007          EDRINGTON, SCHIRMER & MURPHY

By: _____
Michael P. Clark, Esq.
Attorney for Defendants

**ORDER**

    Good cause appearing therefor, the Court hereby ORDERS, ADJUDGES AND DECREES that a protective order is issued in accordance with the terms and conditions set forth hereinabove.

DATED: ____May 4____, 2007

U.S. DISTRICT COURT
MAGISTRATE

IT IS SO ORDERED
Judge Elizabeth D. Laporte

3

STIPULATION FOR PROTECTIVE ORDER