United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE D HARBERT, ANNE KRAJEWSKI-HARBERT, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT PRIEBE, MARK RUPPENTHAL, ED ZELTZER, TOWN OF MORAGA, <br><br> Defendants. | No. C 06-01145 WHA <br><br> **ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE** |

A further case management conference in this action will be held on **THURSDAY, MAY 31, 2007, AT 11:00 A.M.**

**IT IS SO ORDERED.**

Dated: May 21, 2007

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE