08/08/2007 11:57 FAX 925 827 3526　ESM　@003
Case 3:06-cv-01145-WHA   Document 104   Filed 06/11/07   Page 1 of 2
JUN-07-2007  Case 3:06-cv-01145-WHA   Document 103   Filed 06/08/2007   Page 1 of 2   TO:925 827 3526   P.2/3

HERMAN FRANCK, ESQ. (SB # 123476)
ELIZABETH VOGEL, ESQ (SB #245772)
Law Offices of Herman Franck
1801 7th Street, Suite 150
Sacramento, California 95814
Tel (916) 447-8400
Fax (916) 447-0720

Attorney for Plaintiffs
Lee Harbert and Anne Krajewski Harbert

THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE HARBERT,<br>ANNE KRAJEWSKI HARBERT<br><br>Plaintiffs,<br><br>ROBERT PRIEBE, MARK RUPPENTHAL,<br>ED ZELTZER, TOWN OF MORAGA,<br>Defendants. | Case No.: C06-1145-WHA<br><br>STIPULATION AND JOINT REQUEST FOR VOLUNTARY DISMISSAL: ORDER THEREON<br><br>NO HEARING REQUESTED |

The parties hereby jointly submit pursuant to Fed.R.Civ.Pro. Rule 41 (a) this request for a voluntary dismissal of the entire action with prejudice. The parties further agree that each party shall bear its own court costs and attorneys fees, and that the court may issue an order incorporating this stipulation and joint request for voluntary dismissal.

Stipulation and Joint Request for
Voluntary Dismissal: Order Herein                1

08/08/2007 11:30 FAX 925 827 5524 LSM 004
JUN-07-2007 FAX Thomas
Case 3:06-cv-01145-WHA  Document 104  Filed 06/11/07  Page 2 of 2
Case 3:06-cv-01145-WHA  Document 103  Filed 06/08/2007  Page 2 of 2
P.3/3

SO STIPULATED:

*[signature]*

Herman Franck, Esq
Attorney for Plaintiff's
Lee Harbert and Anne Krajewski Harbert

Dated: June 8, 2007

*[signature]*

Peter Edrington
Attorney for Defendants
Robert Priebe, Mark Ruppenthal,
Ed Zeltzer, Town of Moraga

Dated: June 8, 2007

ORDER BASED ON STIPULATION

The court accepts the foregoing stipulation of the parties, and ORDERS that this case is dismissed with prejudice.

*[Seal: UNITED STATES DISTRICT COURT - IT IS SO ORDERED - Judge William Alsup]*

U.S. District Court Judge
Hon. William A. Alsup

June 11, 2007.